IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THERESA GRANT,                                                                          Civil Action File No.

       Plaintiff,

v.

WAL-MART STORES EAST, L.P.,

       Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW   WAL-MART STORES EAST L.P., named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant  WAL-MART STORES EAST L.P. in the State Court of Clayton County, Georgia, which is within the Atlanta Division of this Court. 28 U.S.C.A. § 90 (a)(2).   Said lawsuit is styled as above and is numbered as Civil Action File No. 2021CV02656.   Plaintiff's claims against Defendant includes claims of negligence.

2.

Plaintiff filed the Complaint on or about November 24, 2021.   Defendant WAL-MART STORES EAST L.P. received service of summons and a copy of the

Complaint on December 29, 2021. Defendant WAL-MART STORES EAST L.P. files this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant WAL-MART STORES EAST, L.P. is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR  72716.

4.

Theresa Grant is a citizen of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

Plaintiff claims injuries to her head, neck, mid/low back, left knee, right knee, left leg and left hand, including pain in left leg, sprain of ligaments of lumbar spine, sprain of ligaments of cervical spine, dislocation of unspecified cervical vertebra, strain of muscle and tendon of back wall of thorax, sprain of other specified parts of right knee, sprain of other specified parts of left knee, strain of muscle, fascia and tendon of lower back, dislocation of unspecified lumbar vertebra, sprain of ligaments of thoracic spine, strain of muscle, fascia and tendon at neck level, dislocation of unspecified thoracic vertebra, acute post-traumatic headache, pain in left knee, radiculopathy, lumbar region, pain in thoracic spine, cervicalgia, traumatic rupture of lumbar intervertebral disc, other spondylosis with myelopathy, cervical region and other specified dorsopathies, lumbar region, pain and suffering, past, present and future lost wages, past medical expenses of at least $23,274.47, future medical expenses (see Complaint paragraphs 12, 13, 14, 15, 16, and 17), and has made a $200,000 settlement demand (Exhibit "A"), thereby meeting the jurisdictional requirement for federal subject matter jurisdiction. See Lowery v. Alabama Power Co., 483 F.3d 1184, 1262 n.62 (11th Cir. 2007) (quoting 28 U.S.C. § 1446(b));  Addo v. Globe Life & Accident Ins. Co., 230 F.3d 759, 761–62 (5th Cir.2000);  Williams v. Safeco Ins. Co., 74 F.Supp.2d 925, 929

(W.D.Mo.1999); Southern Ins. Co. of Virginia v. Karrer, Civil Action No. 3:10–CV–84 (CAR), 2011 Westlaw 1100030 (M.D.Ga. Mar. 22, 2011); Golden Apple Management Co. v. Geac Computers, Inc., 990 F.Supp. 1364, 1368 (M.D.Ala. 1998); Jackson v. Select Portfolio Servicing, 651 F.Supp.2d 1279, 1281 (S.D.Ala. 2009); Barlow v. Variety Wholesalers, Civil Action No. 5:14-CV-375 (WLS) (M.D.Ga. Dec. 17, 2014); Devezin v. Wal-Mart Stores East, LP, Civil Action No. 1:134-CV-3721 (CAP) (N.D.Ga February 20, 2015); Peterman v. Wal-Mart Stores, Civil Action No. 1:13-cv-91 (WLS), 2013 Westlaw 5210188 (M.D.Ga. Sept. 13, 2013); Farley v. Variety Wholesalers, Civil Action No. 5:13-CV-52 (CAR), 2013 Westlaw 1748608 (M.D.Ga. April 23, 2013); Streicher v. Sam's East, Inc., Civil Action File No. CV419-01(WTM) (S.D. Ga March 4, 2019).  The amount in controversy, exclusive of interest and costs, exceeds $75,000.

"**Complaints alleging serious, lasting physical injuries are typically removable because it is facially apparent that these claims are worth more than $75,000.**" Hickerson v. Enterprise Leasing Company of Georgia, LLC, 818 Fed.Appx. 880, 883 (11th Cir. 2020) (emphasis added) (citing Gebbia v. Wal-Mart Stores, Inc., 233 F.3d 880, 883 (5th Cir. 2000)(concluding that plaintiff's unspecified damages, including permanent disfigurement as well as pain and suffering, satisfied the "facially apparent" inquiry); Luckett v. Delta Airlines, Inc., 171 F.3d

295, 298 (5th Cir. 1999) (holding that plaintiff's alleged damages for property damage, travel expenses, an emergency ambulance trip, a stay in the hospital, and pain and suffering met the jurisdictional amount)).  See also Hoskins v. Wal-Mart Stores East, L.P., Case No. 1:21-CV-00249-ELR (N.D. Ga. June 17, 2021) (attached as Appendix "A"); Roe v. Michelin North America, Inc., 613 F.3d 1058 (11th Cir. 2010).  Here, Plaintiff alleges serious, lasting physical injuries.  Indeed, in Plaintiff's complaint, **Plaintiff claims she has permanent impairment**.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

8.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "B" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the State Court of Clayton County, Georgia for the above-styled case.

9.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

11.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Clayton County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WAL-MART STORES EAST L.P. prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

                                                McLAIN & MERRITT, P.C.

                                                /s/   Nicholas E. Deeb
                                                Nicholas E. Deeb
                                                Georgia Bar No. 117025

                                                /s/ Ashley A. Bagiatis
                                                Ashley A. Bagiatis
                                                Georgia Bar No. 141360
                                                Attorneys for Defendant
                                                WAL-MART STORES EAST, L.P.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326
(404) 266-9171
(404) 364-3138 (fax)
aabagiatis@mmatllaw.com

The undersigned counsel certifies that the foregoing NOTICE OF REMOVAL has been prepared with one of the font and point selections approved by the court in LR 5.1B.

  /s/ Nicholas E. Deeb
Nicholas E. Deeb

**CERTIFICATE OF SERVICE**

This is to certify that on January 21, 2022, I electronically filed NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                              McLAIN & MERRITT, P.C.

                              /s/    Nicholas E. Deeb
                              Nicholas E. Deeb
                              Georgia Bar No. 117025

                              /s/ Ashley A. Bagiatis
                              Ashley A. Bagiatis
                              Georgia Bar No. 141360
                              Attorneys for Defendant
                              WAL-MART STORES EAST, L.P.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA   30326
(404) 266-9171
(404) 364-3138 (fax)
aabagiatis@mmatllaw.com