**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

THERESA GRANT,

                    Plaintiff,              CIVIL ACTION FILE

vs.                                NO. 1:22-CV-250-TWT

WAL_MART STORES, EAST, L.P.,

                    Defendant.

## J U D G M E N T

      This action having come before the court, Honorable Thomas W. Thrash, Jr.,

United States District Judge, for consideration of the defendant's Motion to Dismiss Due

to Failure to Prosecute Or Alternatively, Motion To Re-Open And Extend Discovery, and

the court having granted said motion, it is

      **Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 27th day of July, 2022.

                              KEVIN P. WEIMER
                              CLERK OF COURT


                            By:   s/J. Arnold_____
                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 27, 2022
Kevin P. Weimer
Clerk of Court

By:   s/J. Arnold_____
         Deputy Clerk